Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

June 2, 2017

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **Hirsch v. Citadel Communications, LLC (1:16-cv-9159-JMF)**

Dear Judge Furman,

We represent Plaintiff, Steven Hirsch, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Stipulation of Dismissal by such time.

The Court's consideration is much appreciated.

                                                      Respectfully submitted,

                                                      /s/Richard Liebowitz
                                                    Richard Liebowitz

                                                    *Counsel for Steven Hirsch*